**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01795-BNB

DOUGLAS WILSON,

    Applicant,

v.

SUSAN JONES, CSP Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion (Doc. #35) filed November 25, 2011, seeking copies of a court order and his amended application is DENIED as moot because Respondents have filed a response stating that they are providing Applicant with the requested copies. The hearing on the motion set for January 10, 2012, is VACATED.

    Because Applicant contends that a lack of access to the amended application prejudiced him in responding to Respondents' Pre-Answer Response, Applicant shall have **twenty (20) days from the date of this minute order** to file a supplement to "Petitioner's Pre-Answer Reply" (Doc. #34) if he chooses do so.

    Finally, Applicant is reminded again that he should make and retain a copy of any papers he files in this action if he wishes to have a copy of those papers for his own files. The court cannot and will not return any additional filings to him. Copies of filed documents can be obtained from the clerk of the court upon payment of any required fees.

Dated:  December 7, 2011