**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01795-BNB

DOUGLAS WILSON,

    Applicant,

v.

SUSAN JONES, CSP Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant has filed a motion (Doc. #40) on December 12, 2011, seeking to place the court on notice of a new action he has filed and seeking a ruling on a prior motion. Applicant's request to place the court on notice of the new action he filed is DENIED as unnecessary and his request for a ruling on the prior motion is DENIED as moot because the prior motion already has been addressed.

Dated: December 13, 2011