**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01795-BNB

DOUGLAS WILSON,

    Applicant,

v.

SUSAN JONES, CSP Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion to Compel Attorney General Compliance With 7 December 2011 Minute Order (Doc. #43) is DENIED as moot.  Applicant's Motion in Request to Move Forward With Litigation Pursuant to 28 U.S.C. § 2254 Rule 4 (Doc. #44) is DENIED because an order will be issued in due course.  Applicant's motion for appointment of counsel (Doc. #46) is DENIED at this time without prejudice.

Dated:  February 2, 2012