IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01795-PAB

DOUGLAS WILSON,

    Applicant,

v.

SUSAN JONES, CSP Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER

    This matter is before the Court on the status report and motion for clarification and reconsideration [Docket No. 76] filed *pro se* by Applicant Douglas Wilson.  On August 31, 2012, the Court entered an order granting Mr. Wilson's initial motion for a stay of these proceedings [Docket No. 58] and denying as moot two successive motions also requesting a stay [Docket Nos. 63 & 73].  The Court ordered that the action is stayed until the pending state court postconviction proceedings are concluded and directed Mr. Wilson to file monthly status reports during the stay describing the status of the state court proceedings.

    In the status report and motion for clarification and reconsideration [Docket No. 76], Mr. Wilson states that he is unaware of any changes in the state court proceedings. Mr. Wilson also objects to the Court's order imposing a stay to the extent the Court denied the successive motions for a stay as moot and he asks the Court to clarify and reconsider the order with respect to those motions.  Mr. Wilson apparently contends

that the successive motions for a stay also raised issues unrelated to the request for a stay and the ongoing state court proceedings that are not moot.

Mr. Wilson's motion for clarification and reconsideration will be denied. The Court denied the successive motions for a stay because it was not necessary to file three separate motions seeking a stay. To the extent Mr. Wilson may have raised other issues in the successive motions for a stay, it is not clear what those issues are and the Court will not consider those issues while this action is stayed. Accordingly, it is

**ORDERED** that Applicant's motion for clarification and reconsideration [Docket No. 76] is DENIED.

DATED October 16, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge