IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01795-PAB

DOUGLAS WILSON,

    Applicant,

v.

SUSAN JONES, CSP Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER

    This matter is before the Court on the status report [Docket No. 83] and "Motion to Lift Stay and Reinstate the Proceedings Pursuant to Title 28 USC § 2254" [Docket No. 84] filed *pro se* by Applicant Douglas Wilson.  On August 31, 2012, the Court entered an order [Docket No. 74] granting Mr. Wilson's motion [Docket No. 58] for a stay of these proceedings and ordered that the action is stayed until the pending state court postconviction proceedings are concluded.  The Court also directed Mr. Wilson to file monthly status reports during the stay describing the status of the state court proceedings.

    Mr. Wilson alleges in his most recent status report [Docket No. 83] that his counsel's opening brief is due February 19, 2013.  Thus, it is apparent that the state court proceedings have not concluded.  Furthermore, Mr. Wilson's statement that he will waive part of claim six in this action, the claim that apparently is being pursued in

the ongoing state court proceedings, does not demonstrate good cause to lift the stay. Accordingly, it is

ORDERED that Applicant's Motion to Lift Stay and Reinstate the Proceedings Pursuant to Title 28 USC § 2254 [Docket No. 84] is DENIED.

DATED February 5, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge