IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01795-PAB

DOUGLAS WILSON,

    Applicant,

v.

SUSAN JONES, CSP Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER

    This matter is before the Court on the "Motion in Objection . . ." [Docket No. 86] filed *pro se* by Applicant Douglas Wilson.  Mr. Wilson objects to the Court's Order [Docket No. 85] entered on February 5, 2013, denying Mr. Wilson's motion to lift the stay entered in this action.  Mr. Wilson also requests an order directing prison officials to return his legal property and assistance in filing a separate civil action regarding the loss of his legal property.

    On August 31, 2012, the Court entered an order granting Mr. Wilson's motion for a stay of these proceedings [Docket No. 58] and ordered that the action is stayed until the pending state court postconviction proceedings are concluded.  The Court also directed Mr. Wilson to file monthly status reports during the stay describing the status of the state court proceedings.

    To the extent Mr. Wilson objects to the Court's order denying his motion to lift the stay, the Court construes the "Motion in Objection . . ." liberally as a motion to

reconsider and denies the motion because there is no indication that the state court proceedings have concluded.  Mr. Wilson's request for an order to return his legal property will be denied because this action is stayed.  The request for assistance in filing a separate civil action will be denied because any issues regarding a separate civil action may not be raised in this action.  Accordingly, it is

ORDERED that Applicant's "Motion in Objection . . ." [Docket No. 86] is DENIED.

DATED March 1, 2013.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge