IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01795-PAB

DOUGLAS WILSON,

    Applicant,

v.

SUSAN JONES, CSP Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER

This matter is before the Court on the document titled "Due Process Violation as Well as Abuse of Habeas Corpus Writ(s) and Mitigating Circumstances Warrant the Filing of New Motion to Lift Stay/Status" [Docket No. 92] filed *pro se* by Applicant Douglas Wilson, which has been docketed as a new motion to lift the stay entered in this action. On August 31, 2012, the Court entered an order [Docket No. 74] granting Mr. Wilson's motion [Docket No. 58] for a stay of these proceedings and ordered that the action is stayed until the pending state court postconviction proceedings are concluded. The Court also directed Mr. Wilson to file monthly status reports during the stay describing the status of the state court proceedings.

Mr. Wilson argues in the motion to lift the stay that his claims are exhausted, but he does not allege or demonstrate that the pending state court postconviction proceedings have concluded. Therefore, the motion to lift the stay will be denied. Accordingly, it is

ORDERED that Applicant's new motion to lift stay [Docket No. 92] is DENIED.

DATED June 24, 2013.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge